## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

ROBERT CASON,

                Petitioner

          v.

RHUEL A. JOHNSTON,

                Respondent

: No. 25 EM 2020
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 2nd day of June, 2020, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.